UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROGER GARVER, et al.,

    Plaintiffs,

v.

RURAL/METRO CORPORATION, et al.,

    Defendants.

Case No. 2:15-cv-3129
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion for Class and Collective Action Certification [ECF No. 17]. For good cause shown, and based on the parties' submissions, the Joint Motion is **GRANTED**.

As outlined in the Joint Motion, by **October 15, 2016**, Defendants have agreed to provide Plaintiffs' counsel with contact information for each member of the presumptive class as well as documents and information regarding pay rates, wages paid, and hours worked for each presumptive class member.

Within **seven (7) days** after the issuance of this Order, Plaintiffs shall submit a proposed Court-authorized notice, accompanied by a supporting memorandum and points of authority. Defendants shall submit their proposed Court-authorized notice, accompanied by a supporting memorandum and points of authority, within **seven (7) days** after Plaintiffs file their proposed notice.

Within **fourteen (14) days** of the Court's order on the form of Court-authorized notice, Plaintiffs' counsel shall send, via First Class Mail and email, copies of the notice and consent

forms to each individual in the presumptive class list. Copies of this correspondence shall be provided to Defense counsel.

     **IT IS SO ORDERED.**

___9-19-2016___
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**